Walter RICHARDSON, Jr., Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3162.

United States Court of Appeals, Federal Circuit.

May 24, 2005.

### ORDER

A petition for review of an initial decision of the Merit Systems Protection Board having been docketed in this court, and it appearing that the petitioner has also sought review before the board, and it appearing that the initial decision of the board will not become a final decision, it is

ORDERED that the petition for review be, and it hereby is, DISMISSED, without prejudice to the subsequent filing of a petition for review after the board has again acted in the case.